IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| WESTERN SURETY COMPANY | PLAINTIFF |
| V. | CIVIL ACTION NO. 1:24-cv-76-SA-DAS |
| COOK COGGIN ENGINEERS, INC. and KYLE STRONG, P.E. | DEFENDANTS |
| KYLE STRONG, P.E. | THIRD-PARTY PLAINTIFF |
| V. | |
| CHICKASAW COUNTY, MISSISSIPPI | THIRD-PARTY DEFENDANT |

## MODIFIED ORDER STAYING CASE

This case is presently stayed due to third-party defendant Chickasaw County, Mississippi's motion for judgment on the pleadings. Doc. 64. However, also pending before the court is defendants Cook Coggin Engineers, Inc., M. Carrson Neal, and Kyle Strong's fully briefed motion to dismiss. Doc. 45. The parties jointly request that the dispositive motions be considered concurrently, despite only the motion for judgment on the pleadings triggering the instant stay of this action. The court finds the request should be granted and modifies the present stay in this action to include consideration of the defendants' motion to dismiss. All discovery is stayed pending briefing and ruling on the motion to dismiss and the motion for judgment on the pleadings. The parties are directed to notify the undersigned within seven days of a ruling on these motions.

SO ORDERED, this the 1st day of May, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE